Herbert Feist #18805
Jefferson County Jail
5030 Hwy 69 South
Beaumont, Tx. 77705
March 24, 2015

To Honorable Trial Court:

And
Honorable 3rd Court of Appeals:

RECEIVED
APR 0 2 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

In re: trial Case No. D-1-CN-1400-4396

Appeals Case No. 03-15-00124-CV

Greetings, I am the pro se Appellant this letter is in regards to the fact that the record has been filed for Appeal, but have "NOT" been made available to me. How can I refer the court to error in the record.

Furthermore, the Appeals court stated that they have not, received the Docket Statement. Relator has filed one, on Feb. 10, 2015. Which, will be re-sent to trial court on this Above stated date.

Respectfully
S/ Herbert Feist
Herbert Feist